```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21734
   MATTHEW BRIDGES
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4268


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/19/2007 and was not confirmed.

     The case was dismissed without confirmation 02/27/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                         PAID        PAID
------------------------------------------------------------------------
NCI CAPITAL INVESTMENTS    UNSECURED         1701.31       .00         .00
NATIONAL RECOVERIES INC    UNSECURED          123.85       .00         .00
COMMONWEALTH EDISON        UNSECURED         1069.37       .00         .00
REAL TIME RESOLUTION       CURRENT MORTG        .00        .00         .00
CARRINGTON MORTGAGE SERV   CURRENT MORTG        .00        .00         .00
AMERICASH                  UNSECURED       NOT FILED       .00         .00
ARMOR SYSTEMS CORP         UNSECURED       NOT FILED       .00         .00
CAPITAL ONE                UNSECURED          754.38       .00         .00
COLLECTION SYSTEMS INC     UNSECURED       NOT FILED       .00         .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED       .00         .00
CONDOR CAPITAL CORP        UNSECURED       NOT FILED       .00         .00
DISH NETWORK               UNSECURED       NOT FILED       .00         .00
PREMIER BANKCARD           UNSECURED          441.13       .00         .00
NICOR                      UNSECURED       NOT FILED       .00         .00
OSI COLLECTION             UNSECURED       NOT FILED       .00         .00
RMI/MCSI                   UNSECURED         1750.00       .00         .00
RMI/MCSI                   UNSECURED         2250.00       .00         .00
RMI/MCSI                   UNSECURED       NOT FILED       .00         .00
US EMPLOYEES CU            UNSECURED         2417.04       .00         .00
REAL TIME RESOLUTION       MORTGAGE ARRE    6373.82       .00         .00
CARRINGTON MORTGAGE SERV   MORTGAGE ARRE   20254.47       .00         .00
ROUNDUP FUNDING LLC        UNSECURED         1632.13       .00         .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED       .00         .00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED       .00         .00
NATIONAL RECOVERIES INC    UNSECURED       NOT FILED       .00         .00
NCI CAPITAL INVESTMENTS    UNSECURED       NOT FILED       .00         .00
VILLAGE OF MATTESON        UNSECURED       NOT FILED       .00         .00
RMI/MCSI                   UNSECURED         2250.00       .00         .00
MICHAEL HOARD              DEBTOR ATTY         .00                     .00
TOM VAUGHN                 TRUSTEE                                     .00
DEBTOR REFUND              REFUND                                   429.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 21734 MATTHEW BRIDGES
```

```
-------------------------------------------------------------------------------
TRUSTEE                                         429.00

PRIORITY                                                             .00
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                     429.00
                                        ---------------    ---------------
TOTALS                                          429.00             429.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                                                                  /s/ Tom Vaughn
   Dated: 06/13/08                               _____
                                                                                 TOM VAUGHN
                                                                                  CHAPTER 13 TRUSTEE